8546

ATKINSON v. SOUTHERN EXPRESS CO.

*This case is ruled by the foregoing case of Atkinson v. Express Co.*

Petition in the original jurisdiction of this Court by W. W. Atkinson, for injunction against Southern Express Company.

*Messrs. Jno. Gary Evans* and *Jno. J. Earle,* for petitioners.     .

*Messrs. Barron, Moore, Barron & McKay,* for relators.

*Assistant Attorney General Fred. H. Dominick,* on behalf of State.

May 14, 1913. The opinion of the Court was delivered by

MR. CHIEF JUSTICE GARY. The facts in this case are in all respects similar to those in the case of *W. W. Atkinson* v. *Southern Express Company* (in which the opinion has just been filed) except that in the present case, the action arose in Kershaw county, where, under the local option laws, the sale of liquor is prohibited, while the other case arose in Richland county, where the sale of liquor is not prohibited.

Under the principles announced in the opinion, which has just been filed, this defense is immaterial.

It is the judgment of this Court that the petitioner is entitled to the order of injunction for which he prays.

MR. JUSTICE FRASER *dissents for reasons expressed in opinion in previous case.*